

MEMO ENDORSED

**RICHARD B. LIND, ESQ.**
Attorney at Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Cellphone: (917) 747-9603  Email: rlind@lindlawyer.com

November 17, 2021

*Via ECF*

Hon. Kenneth M. Karas
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

        Re:    United States v. Randy Sargeant, *et al.*
                  19 Cr. 666 (KMK)

Dear Judge Karas:

      As Your Honor may recall, I was appointed as counsel for Defendant Crystal Martinez in the above-referenced matter in September 2021 pursuant to the Criminal Justice Act. Shortly thereafter, Joshua Horowitz was appointed as co-counsel in this case. This is an ongoing case and I anticipate it to continue a while longer. Therefore, we respectfully request that the Court permit us to submit interim vouchers.

      Thank you for the Court's consideration of this application.

Granted.

So Ordered.

/s/ [signature]
11/18/21

Respectfully submitted,

/s/

Richard B. Lind