**MEMO ENDORSED**

RICHARD B. LIND, ESQ.
Attorney at Law
16 Sutton Place, New York, NY 10022
Cellphone: (917) 747-9603 Email: rlind@lindlawyer.com

December 2, 2021

*Via ECF*

Hon. Kenneth M. Karas
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

          Re:    United States v. Randy Sargeant, *et al.*
                  19 Cr. 666 (KMK)

Dear Judge Karas:

On November 10, 2021, as the attorney for Defendant Crystal Martinez in the above-captioned matter, I filed a letter with the Court (Doc. 199), seeking a severance of my client from the remaining defendants. My letter referred to earlier submissions which sought a severance of my client from the other defendants in the case. (Docs. Nos. 119-21). Now, based on further reflection and consultation with my client, I am seeking to withdraw the severance motion.

Thank you for the Court's consideration of this letter.

Granted. The Clerk is respectfully requested to terminate the pending motion (Doc. Nos. 119-21).

So Ordered
12/2/21

Respectfully submitted,

Richard B. Lind

Cc: All Counsel (by ECF)