UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

      - v -                   :       ORDER
                                         19-cr-666 (KMK)
CRYSTAL MARTINEZ,               :

        Defendant.      :

- - - - - - - - - - - - - - - x

      KENNETH M. KARAS, U.S.D.J.

      WHEREAS CRYSTAL MARTINEZ has indicated her intent to waive indictment and enter a guilty plea to a one-count criminal information to be filed in this matter;

      WHEREAS the ongoing COVID-19 pandemic necessitates that the change-of-plea hearing in this case take place remotely;

      WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

      THE COURT HEREBY FINDS that, for the reasons set forth in the parties' joint application dated February 14, 2022, the

change-of-plea hearing in this case cannot be further delayed without serious harm to the interests of justice.

Dated:   White Plains, New York
         February 14, 2022

SO ORDERED:

_____

HONORABLE KENNETH M. KARAS
United States District Judge
Southern District of New York