UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

CRYSTAL MARTINEZ,

                    Defendant.
------------------------------------------------------------X

**MEMORANDUM**

19 Cr. 666 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the February 16, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated:  March 2, 2022
           White Plains, New York

                                              Respectfully submitted,

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge

March 2, 2022

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge